UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60620-CIV-COHN

FRANK MANFRED,

    Plaintiff,

vs.

VISION CREDIT SOLUTIONS, LLC,

    Defendant.
_____/

## **FINAL DEFAULT JUDGMENT**

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Default Final Judgment [DE 10], the Court having carefully considered the motion and accompanying memorandum of law, the entire file of this case including plaintiff's complaint, return of executed service by the defendant [DE 7-1], the Clerk's entry of default against Defendant [DE 9], and the failure of Defendant to timely respond to the instant motion by the deadline of November 8, 2010.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Entry of Default Judgment [DE 10] is hereby **GRANTED;**

2. Judgment is hereby entered in favor of Plaintiff, Frank Manfred, and against defendant Vision Credit Solutions, LLC, upon the complaint herein;

3. Plaintiff shall recover from the Defendant the sum of $26,000.00, consisting of $1,000.00 for Defendant's violation of the Fair Debt Collection Practices Act, $1,000.00 for Defendant's violation of the Florida Consumer Collection Protection Act, and $24,000.00 for Defendant's violation of the Telephone Consumer Protection Act, for a total of $26,000, plus post-judgment interest at

the rate of 0.22% per annum from the date of this Final Judgment, for which let execution issue;

4. The Court retains jurisdiction to entertain any properly filed motion for attorney's fees and costs;

5. Defendant is permanently enjoined from placing non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiff's prior express consent;

6. Any other pending motions are hereby denied as moot;

7. The Clerk of the Court shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of November, 2010.

_____
JAMES I. COHN
United States District Judge

copies to:

Don Yarbrough, Esq. (Plaintiff's counsel shall forward a copy to Defendant)