UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-60620-Civ-Cohn/Seltzer

FRANK MANFRED,

    Plaintiff,

v.

VISION CREDIT SOLUTIONS, LLC,

    Defendant.

_____/

## FINAL JUDGMENT TAXING FEES AND COSTS

**THIS CAUSE** came on before the Court upon the court's separately entered order granting the Plaintiff's Motion for Attorney's Fees and Costs. Accordingly, it is

**ORDERED AND ADJUDGED** that Judgment for fees and costs is hereby entered in favor of Frank Manfred, and against Defendant Vision Credit Solutions, LLC., and Plaintiff Frank Manfred shall recover $3,216.00 (consisting of $2,821.00 in fees and $395.00 in costs), plus interest thereon at the rate of 0.30% per annum from the date of this Final Judgment, for which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of January, 2011.

*[signature]*
JAMES I. COHN
United States District Judge

copies to:
counsel of record on CM/ECF